**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Interstate Contractors Supply Company** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **25-1213757** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1655 Jefferson Avenue** **Washington, PA 15301** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washington** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.PA-ICS.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Interstate Contractors Supply Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4441__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   **Interstate Contractors Supply Company**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Interstate Contractors Supply Company**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2017**
MM / DD / YYYY

**X** **/s/ W.L. Scott**                          **W.L. Scott**
Signature of authorized representative of debtor        Printed name

Title    **Vice President**

---

**18. Signature of attorney**

**X** **/s/ George T. Snyder**            Date **November 17, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**George T. Snyder**
Printed name

**Stonecipher Law Firm**
Firm name

**125 First Avenue**
**Pittsburgh, PA 15222-1590**
Number, Street, City, State & ZIP Code

Contact phone    **412-391-8510**        Email address

**PA ID No. 53525**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Interstate Contractors Supply Company**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November 17, 2017**__   X **/s/ W.L. Scott**
                                                          Signature of individual signing on behalf of debtor

**W.L. Scott**
Printed name

**Vice President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Interstate Contractors Supply Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    1,115,871.70

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    1,115,871.70

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    266,096.54

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    474.16

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    659,280.88

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $    925,851.58

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name **Interstate Contractors Supply Company** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Niagara Bank** | **Checking** | **2701** | $645.20 |
| 3.2. | **WesBanco** | **Checking** | **1101** | $100.00 |
| 3.3. | **WesBanco** | **Checking** | **5001** | $0.01 |
| 3.4. | **WesBanco** | **Checking** | **2067** | $0.01 |
| 3.5. | **WesBanco** | **Savings** | **5617** | $100.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $845.22 |

## Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Debtor    **Interstate Contractors Supply Company**                    Case number *(If known)* _____
                                      Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.    Grange Indemnity Insurance - Auto/business/umbrella                          $1,245.15

9.    **Total of Part 2.**                                                          $1,245.15
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:          93,764.97          -            0.00      = ....        $93,764.97
                                          face amount                 doubtful or uncollectible accounts

       11b. Over 90 days old:            174,687.76          -        75,015.07     =....          $99,672.69
                                          face amount                 doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          $193,437.66
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> **Inventory** | **September 19, 2017** | $349,943.67 | Average Cost | $349,943.67 |

20.    **Work in progress**

Debtor    **Interstate Contractors Supply Company**                                          Case number *(If known)* _____
                Name

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.

| | $349,943.67 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Misc. office furniture** | **$0.00** | **FMV** | **$7,500.00** |
| 40.  **Office fixtures**<br>**Display kitchens**<br>**Doors & windows**<br>**Digital Roadside Sign**<br>**Gondola shelving**<br>**Cantilever racks**<br>**Pallet racking HD**<br>**Misc. power tools & equipment** | **$0.00** | **FMV** | **$35,500.00** |
| 41.  **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Dell workstation**<br>**Networking hardware**<br>**Dell server**<br>**Printers**<br>**Copy/fax machine**<br>**Phone system**<br>**Security system** | **$0.00** | **FMV** | **$19,600.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

| | |
| --- | --- |
| Add lines 39 through 42.  Copy the total to line 86. | **$62,600.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Freightliner Boom truck**<br>**VIN No. 1FVMG3DV9GHHF5517**<br>**(Leased)** | **$0.00** | **N/A** | **$0.00** |
| 47.2.  **2013 Freightliner Flat**<br>**VIN No. 3ALHCYBS9DDFB3433**<br>**(Leased)** | **$0.00** | **N/A** | **$0.00** |
| 47.3.  **2007 Chevy Pickup truck**<br>**VIN No. 3GCEC14X17G250556** | **$0.00** | **FMV** | **$1,000.00** |
| 47.4.  **2012 Ford 450 Box Truck**<br>**VIN No. 1FDXE4FL7CDA05150** | **$0.00** | **FMV** | **$23,000.00** |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Atticat Insulation Machine**<br>**2012 Tow Trailer**<br>**Iron Man 5" seamless gutter mahchine**<br>**Iron Man 6" seamless gutter machine**<br>**Cat P5000 forklift**<br>**Komatsu 45 forklift** | **$0.00** | **FMV** | **$33,400.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   **Interstate Contractors Supply Company**                     Case number *(If known)* _____
_____
Name

**51.**  **Total of Part 8.**                                                    | $57,400.00 |

Add lines 47 through 50. Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1655 Jefferson Avenue Washington, PA 15301 (Lease)** | **Tenant** | **$0.00** | | **$0.00** |

**56.**  **Total of Part 9.**                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**  **Patents, copyrights, trademarks, and trade secrets**

**61.**  **Internet domain names and websites**

| Debtor | **Interstate Contractors Supply Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **www.PA-ICS.com** | $0.00 | | $0.00 |
|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Customer list | Unknown | Unknown |

| 64. | **Other intangibles, or intellectual property** |
|---|---|
| 65. | **Goodwill** |

66. **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** | | |
|---|---|---|---|
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | PA state net operating loss | Tax year 2017 | $250,026.00 |
| | Federal net operating loss | Tax year 2017 | $200,374.00 |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Interstate Contractors Supply Company**                          Case number *(If known)* _____
                 Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.    **Total of Part 11.**                                                                  | **$450,400.00** |

         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Interstate Contractors Supply Company**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $845.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,245.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $193,437.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $349,943.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $62,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $450,400.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,115,871.70 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,115,871.70 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Interstate Contractors Supply Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **United Bank, Inc.** | Describe debtor's property that is subject to a lien | $266,096.54 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2373**
**Charleston, WV 25328**

Creditor's mailing address

**All property of the Debtor**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred
**February 9, 2015**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**4741;4742**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Wells Fargo Equipment Finance, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**733 Marquette Avenue**
**Suite 700**
**Minneapolis, MN 55402**

Creditor's mailing address

**2016 Freightliner Boom truck**
**VIN No. 1FVMG3DV9GHHF5517**
**(Leased)**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred
**August 19, 2015**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9100;9001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Interstate Contractors Supply Company**
Name

Case number (if know)

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$266,096.54**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name **Interstate Contractors Supply Company**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**PA Deptartment of Revenue**<br>**P.O. Box 280905**<br>**Harrisburg, PA 17128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $474.16 | $474.16 |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **1115** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**3D Industrial Power Systems, Inc.**<br>**P.O. Box 214**<br>**Bethel Park, PA 15102** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $631.44 |
| | Date(s) debt was incurred **2017** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AllState**<br>**P.O. Box 650514**<br>**Dallas, TX 75265** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.76 |
| | Date(s) debt was incurred **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,978.20** |
|---|---|---|---|

**Alternative 2 Wood**
**23939 George Washington Highway**
**Aurora, WV 26705**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.15** |
|---|---|---|---|

**Atlas Industries**
**P.O. Box 16188**
**Pittsburgh, PA 15242**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,965.05** |
|---|---|---|---|

**Beacon Roofing Supply**
**2295 Preble Avenue**
**Pittsburgh, PA 15233**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2734**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,586.85** |
|---|---|---|---|

**Bennett Supply Company**
**P.O. Box 3475**
**Pittsburgh, PA 15230**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **T020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,563.60** |
|---|---|---|---|

**Berger Building Products**
**Dept. #3479**
**P.O. Box 2153**
**Birmingham, AL 35287**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,248.24** |
|---|---|---|---|

**Blue Linx**
**P.O Box 932835**
**Cleveland, OH 44193**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.50** |
|---|---|---|---|

**Central States Mfg., Inc.**
**P.O. Box 11407**
**Dept. 2107**
**Birmingham, AL 35246**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **8492**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,579.14** |
|---|---|---|---|

**Certainteed Ceilings Corp.**
**P.O. Box 743691**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,466.98** |
|---|---|---|---|

**Certainteed Gypsum**
**P.O. Box 644432**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  **2187**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.65** |
|---|---|---|---|

**Chemlink Products, LLC**
**3901 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752.66** |
|---|---|---|---|

**Cintas Corporation**
**LOC 013**
**P.O. Box 630910**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  **2740**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,197.16** |
|---|---|---|---|

**Coen Energy, LLC**
**1000 Philadelphia Street**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  **2193**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.44** |
|---|---|---|---|

**Columbia Gas**
**P.O. Box 742537**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  **0007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.94** |
|---|---|---|---|

**Comcast**
**P.O. Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Trade payable**

Last 4 digits of account number  **3921**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,762.33** |
| | **Construction Supply Co.** | ☐ Contingent | |
| | **1580 Earl L. Core Road** | ☐ Unliquidated | |
| | **Morgantown, WV 26505** | ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Danielle Salva** | ☐ Contingent | |
| | **c/o Tershel & Associates** | ■ Unliquidated | |
| | **Helena Professional Building** | ■ Disputed | |
| | **55 South Main Street** | | |
| | **Washington, PA 15301** | Basis for the claim:  **Lawsuit pending in the Court of Common Pleas of** | |
| | Date(s) debt was incurred  **April 6, 2015** | **Washington County** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,202.50** |
| | **Dealer Depot** | ☐ Contingent | |
| | **1438 Delberts Drive** | ☐ Unliquidated | |
| | **Monongahela, PA 15063** | ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.95** |
| | **ECI Solutions** | ☐ Contingent | |
| | **4400 Alliance Gateway Fwy** | ☐ Unliquidated | |
| | **Suite 154** | ☐ Disputed | |
| | **Fort Worth, TX 76177** | | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number  **1384** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$506.50** |
| | **Ekenamill Work** | ☐ Contingent | |
| | **200 N. Euclid St.** | ☐ Unliquidated | |
| | **#131** | ☐ Disputed | |
| | **La Habra, CA 90633** | | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,596.87** |
| | **Englert, Inc. - PA** | ☐ Contingent | |
| | **P.O. Box 414765** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number  **N008** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,605.88** |
| | **Grabber Building Products** | ☐ Contingent | |
| | **P.O. Box 64432** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264** | ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Great American Specialty Fasteners**
**901 S. 15th Street**
**Louisville, KY 40210**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$962.62

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Greene Street Wholesale**
**1306 Greene Street**
**Marietta, OH 45750**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$1,917.98

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Hartman Independent Co.**
**P.O. Box 72223**
**Cleveland, OH 44192**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2255**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$1,139.79

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Interior Supply, Inc.**
**2410 Woodmere Drive**
**Pittsburgh, PA 15205**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$626.84

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Jeske Company, Inc.**
**P.O. Box 1426**
**Appleton, WI 54912**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1577**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$1.75

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Law Office of Frank Arcuri**
**125 South College Street**
**Washington, PA 15301**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$50.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Legacy Cabinets**
**P.O. Box 538569**
**Atlanta, GA 30353**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ☒ No ☐ Yes

$4,848.97

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Interstate Contractors Supply Company | Case number (if known) |
|---|---|---|
| | Name | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,512.00 |
|---|---|---|---|

**MBA**
**2200 Tempel Drive**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  **ICSWAS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,331.71 |
|---|---|---|---|

**Metal Sales**
**P.O. Box 203502**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  **8400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,136.00 |
|---|---|---|---|

**MI Windows & Doors**
**P.O. Box 62834**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  **4454**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,884.90 |
|---|---|---|---|

**MRV Siding Supply**
**7848 Steubenville Pike**
**Oakdale, PA 15071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  **INTSUP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,699.40 |
|---|---|---|---|

**National Gypsum**
**P.O. Box 644432**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.83 |
|---|---|---|---|

**Neverleak Company, LP**
**P.O. Box 1397**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,565.13 |
|---|---|---|---|

**Nilco-West Elizabeth Lumber**
**P.O. Box 640087**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  **3001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,633.84** |
|---|---|---|---|

**Orgill, Inc.**
**P.O. Box 1000**
**Dept. #7**
**Memphis, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __1353__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,169.13** |
|---|---|---|---|

**Palmer-Donavin**
**P.O. Box 2109**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __5877__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Penn National Insurance**
**P.O. Box 13746**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.95** |
|---|---|---|---|

**Pennsylvania American Water**
**P.O. Box 371412**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __6745__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.98** |
|---|---|---|---|

**Scott Electric**
**P.O. Box S**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Scott Industries**
**1580 Earl L. Core Road**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,572.00** |
|---|---|---|---|

**Seal-Rite Door**
**P.O. Box 2109**
**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Trade payable__

Last 4 digits of account number __1681__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,121.50** |
|---|---|---|---|

**Sealcorp USA, Inc.**
**1175 E. Diamond Avenue**
**Evansville, IN 47711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,761.00** |
|---|---|---|---|

**Shusters**
**2920 Clay Pike**
**Irwin, PA 15642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  9999**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,789.14** |
|---|---|---|---|

**Smith Floor Covering**
**1118 Smith Street**
**P.O. Box 2826**
**Charleston, WV 25330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,397.60** |
|---|---|---|---|

**Snavely Forest Products - PA**
**P.O. Box 786007**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,070.23** |
|---|---|---|---|

**Soult Wholesale Co.**
**405 Latimer Street**
**Clearfield, PA 16830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  INTERCON**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$449.20** |
|---|---|---|---|

**The Tapco Group**
**16197 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  9016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.70** |
|---|---|---|---|

**The Washington-East Washington Joint**
**Authority**
**P.O. Box 510**
**Washington, PA 15301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2017**

**Basis for the claim:  Trade payable**

**Last 4 digits of account number  9704**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Interstate Contractors Supply Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,035.73** |
|---|---|---|---|

**Tool Pro**
P.O. Box 644432
Pittsburgh, PA 15264

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,102.60** |
|---|---|---|---|

**Trumbull Industries**
400 Dietz Rd NE
Warren, OH 44483

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.29** |
|---|---|---|---|

**Verizon**
P.O. Box 4002
Acworth, GA 30101

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,971.31** |
|---|---|---|---|

**Walter S. Scott**
31 Jo Glen Drive
Morgantown, WV 26508

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,552.51** |
|---|---|---|---|

**West Penn Power**
76 South Main Street
Akron, OH 44308

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,975.46** |
|---|---|---|---|

**Wolf - Kitchen & Bath**
P.O. Box 62809
Baltimore, MD 21264

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Affiliated Distributors**
P.O. Box 644432
Pittsburgh, PA 15264 | Line  **3.11**

☐ Not listed. Explain ____ | _ |

---

| Debtor | **Interstate Contractors Supply Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Affiliated Distributors**<br>**P.O. Box 644432**<br>**Pittsburgh, PA 15264** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Affiliated Distributors**<br>**P.O. Box 644432**<br>**Pittsburgh, PA 15264** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Affiliated Distributors**<br>**P.O. Box 644432**<br>**Pittsburgh, PA 15264** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Affiliated Distributors**<br>**P.O. Box 644432**<br>**Pittsburgh, PA 15264** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Altus GTS, Inc.**<br>**2400 Veterans Memorial Blvd.**<br>**Kenner, LA 70062** | Line **3.35**<br><br>☐ Not listed. Explain ____ | **3079** |
| 4.7 | **Credi Solve**<br>**P.O. Box 48439**<br>**Minneapolis, MN 55448** | Line **3.20**<br><br>☐ Not listed. Explain ____ | **0437** |
| 4.8 | **Tenaglis & Hunt, PA**<br>**395 W. Passaic Street**<br>**Rochelle Park, NJ 07662** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **474.16** |
| **5b. Total claims from Part 2** | 5b. + $ | **659,280.88** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **659,755.04** |

**Fill in this information to identify the case:**

Debtor name    **Interstate Contractors Supply Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease** |
| State the term remaining | **16 months** |
| List the contract number of any government contract | **1655 Jefferson Investment, LLC**<br>**31 Jo Glen Drive**<br>**Morgantown, WV 26508** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **2013 Freightliner truck** |
| State the term remaining | **4 installments** |
| List the contract number of any government contract | **Wells Fargo Equipment Finance, Inc.**<br>**MAC N9300-100**<br>**600 South 4th Street**<br>**Minneapolis, MN 55415** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **2016 Freightliner truck** |
| State the term remaining | **36 months** |
| List the contract number of any government contract | **Wells Fargo Equipment Finance, Inc.**<br>**MAC N9300-100**<br>**600 South 4th Street**<br>**Minneapolis, MN 55415** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Interstate Contractors Supply Company**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Scott Industries** | **1580 Earl L. Core Road**<br>**Morgantown, WV 26505** | **United Bank, Inc.** | ■ D __2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Walter Scott** | **31 Jo Glen Drive**<br>**Morgantown, WV 26508** | **United Bank, Inc.** | ■ D __2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Interstate Contractors Supply Company**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$970,126.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,150,089.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$6,616,020.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Interstate Contractors Supply Company**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **1655 Jefferson Investment, LLC**<br>**31 Jo Glen Drive**<br>**Morgantown, WV 26508** | **10/31/17**<br>**9/15/17**<br>**9/5/17** | **$19,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Landlord** |
| 3.2. **Bailey's Steel & Supply, LLC**<br>**60 Moscow Road**<br>**Waynesburg, PA 15370** | **8/21/17** | **$8,391.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Certainteed Ceilings Corp.**<br>**P.O. Box 743691**<br>**Atlanta, GA 30374** | **8/22/18**<br>**8/18/17** | **$16,039.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Foundation Building Materials, LLC**<br>**200 1st Avenue**<br>**Carnegie, PA 15106** | **9/11/17**<br>**8/29/17**<br><br>**7/25/17** | **$13,326.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Highmark BC/BS**<br>**P.O. Box 382069**<br>**Pittsburgh, PA 15251** | **9/15/17**<br>**8/23/17** | **$11,814.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **MRV Siding Supply**<br>**7848 Steubenville Pike**<br>**Oakdale, PA 15071** | **8/17/17** | **$13,802.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Orgill, Inc.**<br>**P.O. Box 1000**<br>**Dept. #7**<br>**Memphis, TN 38148** | **8/17/17**<br>**8/16/17** | **$14,736.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Palmer-Donavin**<br>**P.O. Box 2109**<br>**Columbus, OH 43216** | **9/14/17**<br>**9/12/17**<br>**9/7/17**<br>**8/31/17**<br>**8/29/17**<br>**8/24/17**<br>**8/17/17** | **$38,940.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Interstate Contractors Supply Company**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **United Bank, Inc.** **P.O. Box 2373** **Charleston, WV 25328** | **11/7/2017** **10/5/17** **9/15/17** **9/5/17** **8/15/17** | **$88,036.58** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Wells Fargo Equipment Finance, Inc.** **733 Marquette Avenue** **Suite 700** **Minneapolis, MN 55402** | **11/7/17** **8/29/17** **8/25/17** | **$22,761.44** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Scott Industries, Inc.** **1580 Earl L. Core Road** **Morgantown, WV 26505** **Shareholder** | **4/24/17** | **$29,000.00** | **Payment on note payable** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Interstate Contractors Supply Company**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Danielle M. Salva v. Interstate Contractors Supply Company** 2015-1328 | **Motor vehicle accident** | **Court of Common Pleas of Washington Cty. Washington County Courthouse 1 South Main Street Washington, PA 15301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Stonecipher Law Firm 125 First Avenue Pittsburgh, PA 15222-1590** | **Attorney Fees; the payment includes the Chapter 7 filing fee.** | **9/15/2017 7/31/2017** | **$15,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Interstate Contractors Supply Company**                     Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Scott Industries, Inc.** **1580 Earl L. Core Road** **Morgantown, WV 26505** | **2005 Boom truck for money owed on a note payable** | **April 24, 2017** | **$29,000.00** |
| | Relationship to debtor **Shareholder** | | | |

---

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

Debtor    **Interstate Contractors Supply Company**                    Case number *(if known)* _____

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Debtor    **Interstate Contractors Supply Company**                    Case number *(if known)* _____

environmental law?

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Greg Lyle**<br>**1655 Jefferson Avenue**<br>**Washington, PA 15301** | **1995-2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Arnett Carbis Toothman, LLP**<br>**P.O. Box 2629**<br>**Charleston, WV 25329** | **2012-2015** |
| Name and address | Date of service<br>From-To |
| 26b.2.   **Markovitz Dugan & Associates**<br>**1001 East Entry Drive**<br>**Pittsburgh, PA 15216** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

Debtor    **Interstate Contractors Supply Company**                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Dan Miller**<br>**Markovitz Dugan & Associates**<br>**1001 East Entry Drive**<br>**Pittsburgh, PA 15216** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Certainteed Ceilings Corp.**<br>**P.O. Box 644432**<br>**Pittsburgh, PA 15264** |
| 26d.2.  **United Bank, Inc.**<br>**P.O. Box 2373**<br>**Charleston, WV 25328** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **W.L. Scott** | **9/14/17** | **$351,425.00 - Average cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **W.L. Scott**<br>**31 Jo Glen Drive**<br>**Morgantown, WV 26508** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis Waller** | **299 William Drive**<br>**Canonsburg, PA 15317** | **Shareholder** | **52%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Walter Scott** | **32 Jo Glen Drive**<br>**Morgantown, WV 26508** | **Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Industries** | **1580 Earl L. Core Road**<br>**Morgantown, WV 26505** | **Shareholder** | **48%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Interstate Contractors Supply Company**                                    Case number *(if known)*

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Louis Waller<br>299 William Drive<br>Canonsburg, PA 15317** | **$23,841.50** | **5/4/17<br>11/1/16<br>10/20/16<br>9/27/16** | **Commissions** |
| | **Relationship to debtor<br>Shareholder** | | | |
| 30.2 | **Shirley Waller<br>502 Fair Meadow Drive<br>Washington, PA 15301** | **$23,841.50** | **8/7/17<br>11/29/16<br>10/20/16<br>9/27/16** | **Commissions** |
| | **Relationship to debtor<br>Mother of majority shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Interstate Contractors Supply Company** | **EIN:    25-1213757** |

Debtor    **Interstate Contractors Supply Company**                                          Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2017**
_____

**/s/ W.L. Scott**                                              **W.L. Scott**
_____                    _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Interstate Contractors Supply Company**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | ** |
| Prior to the filing of this statement I have received | $ | **15,000.00 (includes filing fee)** |
| Balance Due | $ | **N/A** |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## ** Debtor has agreed to pay counsel at its normal hourly rates.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 17, 2017**

Date

**/s/ George T. Snyder**

**George T. Snyder**
*Signature of Attorney*
**Stonecipher Law Firm**
**125 First Avenue**
**Pittsburgh, PA 15222-1590**
**412-391-8510  Fax: 412-391-8522**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Interstate Contractors Supply Company**                                    Case No.

                                                        Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **November 17, 2017**                    **/s/ W.L. Scott**
                                                **W.L. Scott/Vice President**
                                                Signer/Title

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Interstate Contractors Supply Company**

Debtor(s)

Case No. _____

Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Interstate Contractors Supply Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 17, 2017**
_____
Date

**/s/ George T. Snyder**
_____
**George T. Snyder**
Signature of Attorney or Litigant
Counsel for   **Interstate Contractors Supply Company**
**Stonecipher Law Firm**
**125 First Avenue**
**Pittsburgh, PA 15222-1590**
**412-391-8510 Fax:412-391-8522**